USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-6-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

FREDKIEY HURLEY,

                Plaintiff,

      -against-

24 HORATIO STREET CORP.,

               Defendants.

---------------------------------------------------------- x

18-cv-4389

ORDER TO SHOW CAUSE –
FAILURE TO PROSECUTE

**ANDREW L. CARTER, JR., United States District Judge:**

On February 5, 2020, the Court ordered Plaintiff to show cause why this action should not be dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Such showing should be made by filing a written response to this Order by **February 13, 2020,** and sending a courtesy copy of such response to Chambers. **Any failure by Plaintiff to make this showing will result in a dismissal of this case without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).**

SO ORDERED.

Dated:   February 6, 2020
           New York, New York

_____
**ANDREW L. CARTER, JR.
United States District Judge**

1