USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/3/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

   **FREDKIEY HURLEY,**

                          **Plaintiff,**        1:18-cv-04389 (ALC)

        -against-                    **ORDER**

   **24 HORATIO STREET CORP.,**

                        **Defendants.**

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiff Fredkiey Hurley initiated this case alleging violations of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq*. On February 5, 2020, the Court ordered Plaintiff to show cause as to why this action should not be dismissed without prejudice for failure to prosecute. The Court provided Plaintiff until February 13, 2020 to respond. To date, Plaintiff has not responded. Accordingly, this case is hereby **DISMISSED** without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**SO ORDERED.**

**Dated:** June 3, 2020
        New York, New York                    **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**